1  KYLE W. SCHUMACHER (BAR # 121887)
   kschumacher@sagarialaw.com
2  **SAGARIA LAW, P.C.**
   3017 Douglas Blvd. Ste. 200
3  Roseville, CA. 95661
   408-279-2288 ph
4  408-279-2299 fax

5  Attorneys for Plaintiff
   Angela Zambrano-Ford

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON — PORTLAND DIVISION

| | |
|---|---|
| ANGELA ZAMBRANO-FORD, | Case No.: 3:18-cv-00822-YY |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT U.S. BANK, N.A.** |
| U.S. BANK, N.A., | |
| Defendant. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Angela Zambrano-Ford and defendant U. S. Bank, N.A., that U.S. Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

**SAGARIA LAW, P.C.**

Dated: December 19, 2018       By:    */s/ Kyle W. Schumacher*
                                       Kyle W. Schumacher, OSB No. 121887

                                       Attorneys for Plaintiff

**LARKINS VACURA KAYSER**

Dated: December 19, 2018       By:    */s/ Brett Applegate*
                                       Brett Applegate, OSB No. 132944
                                       Attorneys for Defendant

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Brett Aplegate has concurred in this filing.

*/s/ Elliot Gale*