KYLE W. SCHUMACHER (BAR # 121887)
kschumacher@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd. Ste. 200
Roseville, CA. 95661
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff
Angela Zambrano-Ford

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON — PORTLAND DIVISION

| | |
|---|---|
| ANGELA ZAMBRANO-FORD, | Case No.: 3:18-cv-00822-YY |
| Plaintiff, | |
| vs. | **ORDER** |
| U.S. BANK, N.A., | |
| Defendant. | |

Pursuant to the stipulation of the Parties, U.S. Bank, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: December 19, 2018

/s/ Youlee Yim You
Hon. Youlee Yim You
UNITED STATES MAGISTRATE JUDGE